IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30656
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LOUIS LEE CLARK, II,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
- - - - - - - - - -
February 21, 1997

Before WISDOM, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Louis Lee Clark, II, appeals his sentence following his conviction for distribution of cocaine base and possession with intent to distribute cocaine and cocaine base. Clark contends that the district court erred by assessing a two level increase for possession of a firearm during the commission of a drug trafficking offense. We have reviewed the record and the briefs of the parties and find that the district court's finding was not clearly erroneous. [2]

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[2] See United States v. Castillo, 77 F.3d 1480, 1498 (5th Cir.), cert. denied, 117 S. Ct. 180, 236, 502 (1996).